IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) Case No. 09CR30080-001-MJR |
| | ) |
| v. | ) |
| | ) |
| Orvil D. Hassebrock, | ) |
| | ) |
| Defendant, | ) |
| ================================= | ) |
| Plains Marketing, L.P., | ) |
| | ) |
| Garnishee. | ) |

## ORDER

Upon motion of the United States of America (Doc 137), pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby **ORDERED** the Garnishment in this cause be and the same is hereby **DISMISSED.**

**IT IS SO ORDERED**.

**DATED: April 26, 2011**

                                                    **s/ *Michael J. Reagan***
                                                  **MICHAEL J. REAGAN**
                                                  **UNITED STATES DISTRICT JUDGE**