UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

United States of America,               )
                                        )
        Plaintiff,                      )        Case No.  09CR30080-001-MJR
                                        )
        v.                              )
                                        )
Orvil D. Hassebrock,                    )
                                        )
        Defendant,                      )
                                        )
========================== )
Bank of America,                        )
                                        )
        Garnishee.                      )

**GARNISHEE ORDER**

        A Writ of Garnishment, directed to Garnishee, has been duly issued and served

upon the Garnishee.  Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on

January 31, 2011, (Doc 123) stating that at the time of the service of the Writ he had in his

possession or under his control personal property belonging to and due Defendant.

        On February 8, 2011, the Defendant was notified of his right to a hearing and has

not requested a hearing to determine exempt property.

        **IT IS ORDERED** that Garnishee pay all net proceeds of checking account to

Plaintiff.

        Payments are to be made payable to the Clerk, U.S. District Court, 750 Missouri

Avenue, East St. Louis, Illinois  62201.

The Plaintiff is to provide a copy of this Order to the Garnishee.

**IT IS SO ORDERED.**

**DATED: April 26, 2011**

s/ *Michael J. Reagan*
**MICHAEL J. REAGAN**
**UNITED STATES DISTRICT JUDGE**