UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 09CR30080-001-MJR |
| | ) | |
| v. | ) | |
| | ) | |
| Orvil D. Hassebrock, | ) | |
| | ) | |
| Defendant, | ) | |
| ===================================== | ) | |
| First Community Bank, | ) | |
| | ) | |
| Garnishee. | ) | |

## GARNISHEE ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on January 26, 2011, (Doc 121) stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant.

On February 8, 2011, the Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** that Garnishee pay all net proceeds of checking account to Plaintiff.

Payments are to be made payable to the Clerk, U.S. District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.

The Plaintiff is to provide a copy of this Order to the Garnishee.

**IT IS SO ORDERED.**

**DATED: April 26, 2011**

<u>s/ *Michael J. Reagan*</u>
**MICHAEL J. REAGAN**
**UNITED STATES DISTRICT JUDGE**